UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-mc-81554-BLOOM/Valle

*In re*
OLGA KURBATOVA,

      Applicant.

_____/

**ORDER**

Upon consideration of the Application for an Order Under 28 U.S.C. § 1782 to Take Discovery From Credit Suisse AG (the "Application"), ECF No. [1], submitted by Olga Kurbatova (the "Applicant"), and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 have been satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    (1) The Application is **GRANTED**;

    (2) The Applicant is authorized to serve the subpoena annexed as Exhibit H to the Application upon Credit Suisse AG, ECF NO. [1-9];

    (3) The Clerk is directed to **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED in** Miami, Florida, this 16th day of November, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record