**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:18-mc-81554-BLOOM/VALLE**

In re Application of Olga Kurbatova for an Order
Under 28 U.S.C. § 1782 to Take Discovery from
Credit Suisse AG.
_____/

**CREDIT SUISSE AG'S AGREED MOTION**
**TO SET BRIEFING SCHEDULE**

Pursuant to Southern District of Florida Local Rule 7.1, Credit Suisse AG ("CSAG") respectfully requests that the Court enter the following agreed briefing schedule to resolve CSAG's challenges and objections to the subpoena issued to CSAG dated November 19, 2018, and to the Court's Order dated November 16, 2018 (D.E. 4), as stated below in more detail. In support of this Motion CSAG states as follows:

1. On or about November 13, 2018, Petitioner Olga Kurbatova applied to this Court to take discovery pursuant to 28 U.S.C. § 1782 (D.E. 1). The Court granted that application in an Order dated November 16, 2018 (D.E. 4) (the "Order").

2. The resulting subpoena, dated November 19, 2018 (the "Subpoena") set December 6, 2018, for a deposition and return of documents.

3. CSAG intends to file a motion to quash the Subpoena and for other relief with respect to the Subpoena and the Order (the "Motion").

4. Counsel for Kurbatova has agreed (i) to suspend the deposition and document response date set in the Subpoena for December 6, 2018, without prejudice to resetting the deposition and response date; (ii) to the proposed briefing schedule set out in this Motion; and (iii) that CSAG need not file or serve formal objections under Federal Rule of Civil Procedure 45 in light of the pending Motion.

5. Kurbatova and CSAG agree to the following briefing schedule:

**December 10, 2018**   CSAG shall file its Motion.

**December 19, 2018**   Olga Kurbatova shall file an opposition.

**December 28, 2018**   CSAG shall file its reply.

6. This briefing schedule is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

7. CSAG reserves its right to assert any and all defenses, challenges, and objections to the Subpoena, to the Order, and to the underlying application (D.E. 1).

WHEREFORE, and for good cause shown, CSAG requests that the Court enter the attached proposed order setting the proposed briefing schedule.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for CSAG certifies that it has conferred with Kurbatova's counsel regarding the issues raised in this motion, and that Kurbatova's counsel agrees to the relief requested in this Motion.

Dated:  December 4 , 2018                                  Respectfully submitted,

|  |  |
|---|---|
|  | By: /s/ John E. Clabby |
| Matthew J. Herrington | John E. Clabby (FBN 0113664) |
| Email: mherrington@steptoe.com | Email: jclabby@carltonfields.com |
| Steptoe & Johnson LLP | Carlton Fields Jorden Burt, P.A. |
| 1330 Connecticut Ave., NW | 4221 W. Boy Scout Blvd, Tampa, FL 33607 |
| Washington, DC | Tel. (813) 223-7000 |
| Tel. (202) 429-8164 |  |
| (*pro hac vice* motion forthcoming) | Stephanie A. Fichera (FBN 55813) |
|  | Email: sfichera@carltonfields.com |
| Evan Glassman | Carlton Fields Jorden Burt, P.A. |
| Email: eglassman@steptoe.com | 100 S.E. Second Street, Miami, FL  33131 |
| Charles Michael | Tel. (305) 530-0050 |
| Email: cmichael@steptoe.com |  |
| Steptoe & Johnson LLP |  |
| 1114 Avenue of the Americas |  |
| New York, NY  10036 |  |

-3-

(*pro hac vice* motion forthcoming)

*Counsel for Respondent Credit Suisse AG*